IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-03158-MSK-CBS

ANN MILLER,

      Plaintiff,

v.

GREGORY EXCELL,
STRATFORD PEAKVIEW L.P.,
GREP SOUTHWEST, LLC,

      Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Order filed on July 29, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #15**) to grant the Motion to dismiss (**Doc. #9**), it is

ORDERED that the Recommendation of Magistrate Judge Shaffer is **ADOPTED**. The Complaint is dismissed without prejudice and the case is closed. It is further

ORDERED that the defendants are AWARDED their costs, to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this __2nd__ day of August, 2013.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/ Edward P. Butler
                                    Edward P. Butler, Deputy Clerk